THE LEHIGH AND HUDSON RIVER RAILWAY COMPANY,
　Appellant, *v.* CENTRAL TRUST COMPANY OF NEW YORK,
　Respondent.

*Lehigh & Hudson River Ry. Co.* v. *Central Trust Co.,* 133 App. Div. 304,
affirmed.
(Argued October 25, 1910; decided November 15, 1910.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
July 15, 1909, reversing in part a judgment in favor of plain-
tiff entered upon a decision of the court on trial at Special
Term and granting a new trial in an action to compel the
defendant as trustee under the general mortgage of the
plaintiff corporation to deliver to it certain shares of stock

and certain bonds. The judgment was reversed only in so far as it directed delivery of the bonds.

*John G. Milburn* and *John J. Beattie* for appellant.

*Arthur H. Van Brunt* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and COLLIN, JJ.